# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INSPIRATIONS NEVADA LLC,<br>    Plaintiff(s),<br>v.<br>MED PRO BILLING, INC., et al.,<br>    Defendant(s). | Case No. 2:21-cv-01938-APG-NJK<br><br>**ORDER** |

Defendant Jacquelyn Trask-Rahn is proceeding *pro se* and has removed this case from state court. *See* Docket No. 1-1. In order to initiate this case, Defendant Trask-Rahn must either pay the filing fee pursuant to 28 U.S.C. § 1914(a) or request authority to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Defendant Trask-Rahn has done neither.

Accordingly, **IT IS ORDERED**:

1. No later than November 5, 2021, Defendant Trask-Rahn must either pay the filing fee, accompanied by a copy of this order, or file an Application to Proceed *in Forma Pauperis*.

2. The Clerk of the Court is **INSTRUCTED** to send Defendant Trask-Rahn a blank application form.

3. **Failure to comply may result in the remand of this case or other action taken by the Court.**

IT IS SO ORDERED.

Dated: October 22, 2021

                                                                     Nancy J. Koppe
                                                                     United States Magistrate Judge